**Marion RINKER, Plaintiff–Appellant,**

v.

**COLUMBIA COUNTY BOARD OF EDUCATION, Columbia County School System, Department Of Transportation, Charles R. Nagle, Superintendent of Schools, et al., Defendants–Appellees.**

No. 12–12230.

United States Court of Appeals, Eleventh Circuit.

May 21, 2013.

John Michael Brown, John Michael Brown, P.C., Augusta, GA, for Plaintiff–Appellant.

Leonard O. Fletcher, Jr., Fletcher Harley & Fletcher, LLP, Troy Allen Lanier, Tucker Everitt Long Brewton & Lanier, PA, Augusta, GA, for Defendants–Appellees.

Before HULL, WILSON and FARRIS,* Circuit Judges.

PER CURIAM:

After full review and with the benefit of oral argument, we conclude that Plaintiff–Appellant Marion Rinker has demonstrated no reversible error in the district court's order granting summary judgment to the Defendants–Appellees, Columbia County Board of Education; Columbia

County School System, Department of Transportation; Superintendent of Schools Charles R. Nagle; Dewayne Porter, Director of Transportation; Assistant Superintendent Robert Jarrell; Columbia County Board of Education Chairman Regina Buccafusco; Columbia County Board of Education Vice–Chairman Mike Sleeper; and Columbia County Board of Education Members Mildred Blackburn, Wayne Bridges, and Roxanne Whitaker. We affirm the grant of summary judgment based on the district court's thorough and well-reasoned order dated March 29, 2012.

AFFIRMED.